IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2009

Charles R. Fulbruge III
Clerk

No. 08-30236

FRANKS INVESTMENT COMPANY LLC,

Plaintiff-Appellant

vs.

UNION PACIFIC RAILROAD CO,

Defendant-Appellee

- - - - -
Appeal from the United States District Court for the
Western District of Louisiana
- - - - -

ON PETITION FOR REHEARING
AND
PETITION FOR REHEARING EN BANC

(Opinion July 3, 2008, 5 Cir., 2008, _____F.3d_____)

(March 11, 2009)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH,
         BARKSDALE, GARZA, BENAVIDES, STEWART, CLEMENT, PRADO,
         OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

[1]Judges Wiener and Dennis are recused in this case and did not participate in this decision.